HONORABLE ROSANNA MALOUF PETERSON

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF DEAN FUNABIKI, by and through personal representative, RUTH FUNABIKI, ABBY FUNABIKI, and EMILY FUNABIKI, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF WHITMAN; JOHN DOE 1, in his or her representative capacity; and DOES 4-5, in their personal capacities, <br><br> Defendants. | Cause No. 2:21-cv-00089-RMP <br><br> DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT |

COMES NOW Defendant WHITMAN COUNTY, by and through its undersigned attorney of record, Michael E. McFarland, Jr. of the law firm Evans, Craven & Lackie, P.S., and hereby enters its Answer to Plaintiffs' Second Amended Complaint as follows:

///

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# I.    PARTIES

1.      This answering defendant is without sufficient evidence to admit or deny the allegations contained in Paragraph 1 of Plaintiffs' Second Amended Complaint and therefore denies the same.

2.      This answering defendant is without sufficient information to admit or deny the allegations contained in Paragraph 2 of Plaintiffs' Second Amended Complaint and therefore denies the same.

3.      This answering defendant is without sufficient information to admit or deny the allegations contained in Paragraph 3 of Plaintiffs' Second Amended Complaint and therefore denies the same.

4.      This answering defendant is without sufficient information to admit or deny the allegations contained in Paragraph 4 of Plaintiffs' Second Amended Complaint and therefore denies the same.

5.      This answering defendant admits that it is a county in the State of Washington and that it owns and operates the Whitman County Jail. The remaining allegations contained in Paragraph 5 of Plaintiffs' Second Amended Complaint constitute legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, this answering defendant denies all allegations of liability that may be contained therein.

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - page 2

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

6.    This answering defendant is without sufficient information to admit or deny the allegations contained in Paragraph 6 of Plaintiffs' Second Amended Complaint and therefore denies the same.

7.    This answering defendant is without sufficient information to admit or deny the allegations contained in Paragraph 7 of Plaintiffs' Second Amended Complaint and therefore denies the same.

## II.    JURISDICTION

8.    This answering defendant admits the allegations contained in Paragraph 8 of Plaintiffs' Second Amended Complaint.

9.    This answering defendant admits the allegations contained in Paragraph 9 of Plaintiffs' Second Amended Complaint.

10.    This answering defendant admits the allegations contained in Paragraph 10 of Plaintiffs' Second Amended Complaint.

11.    Paragraph 11 of Plaintiffs' Second Amended Complaint does not contain assertions which require a response. To the extent a response is required, this answering defendant denies all allegations of liability contained in Paragraph 11 of Plaintiffs' Second Amended Complaint.

///

///

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

### III.  FACTS

12.   This answering defendant admits the allegations contained in Paragraph 12 of Plaintiffs' Second Amended Complaint.

13.   This answering defendant admits the allegations contained in Paragraph 13 of Plaintiffs' Second Amended Complaint.

14.   This answering defendant admits that Whitman County Jail was aware of Dean Funabiki's date of birth. This answering defendant denies that Whitman County Jail was aware that Dean Funabiki had no criminal history.

15.   This answering defendant admits that Whitman County Jail was aware that Dean Funabiki was being held on a serious felony charge. This answering defendant is without sufficient information to admit or deny the remaining allegations contained in Paragraph 15 of Plaintiffs' Second Amended Complaint and therefore denies the same.

16.   This answering defendant denies the allegations contained in Paragraph 16 of Plaintiffs' Second Amended Complaint.

17.   This answering defendant denies the allegations contained in Paragraph 17 of Plaintiffs' Second Amended Complaint.

18.   This answering defendant denies the allegations contained in Paragraph 18 of Plaintiffs' Second Amended Complaint.

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - page 4

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

19.    This answering defendant admits that Dean Funabiki spent time in a jail cell without a roommate while Whitman County Jail officers supervised him according to jail policy. This answering defendant further admits that Dean Funabiki hung himself in his jail cell.

20.    This answering defendant is without sufficient information to admit or deny the allegations contained in Paragraph 20 of Plaintiffs' Second Amended Complaint and therefore denies the same.

21.    This answering defendant denies the allegations contained in Paragraph 21 of Plaintiffs' Second Amended Complaint.

## IV.    CLAIMS

### First Claim – Title 42 United States Code § 1983, Deliberate Indifference

This answering defendant re-alleges and reincorporates the foregoing paragraphs as if fully asserted herein.

22.    The allegations contained in Paragraph 22 of Plaintiffs' Second Amended Complaint constitute legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, this answering defendant denies the allegations contained in Paragraph 22 of Plaintiffs' Second Amended Complaint.

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

23.    The allegations contained in Paragraph 23 of Plaintiffs' Second Amended Complaint constitute legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, this answering defendant denies the allegations contained in Paragraph 23 of Plaintiffs' Second Amended Complaint.

24.    This answering defendant denies the allegations contained in Paragraph 24 of Plaintiffs' Second Amended Complaint.

25.    To the extent Plaintiffs allege that any Whitman County deputy sheriff/corrections officer acted with deliberate indifference toward Dean Funabiki, said allegations are denied.

26.    To the extent Plaintiffs allege that any Whitman County deputy sheriff/corrections officer acted with deliberate indifference toward Dean Funabiki, or acted in any way to give rise to liability in this matter, said allegations are denied.

27.    This answering defendant is without sufficient information to admit or deny the identity of Dean Funabiki's statutory beneficiaries. This answering defendant denies all allegations of liability contained in Paragraph 27 of Plaintiffs' Second Amended Complaint.

///

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - page 6

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

**Second Claim – Negligence**

28.    This answering defendant re-alleges and reincorporates the foregoing paragraphs as if fully set forth herein.

29.    This answering defendant admits the allegations contained in Paragraph 29 of Plaintiffs' Second Amended Complaint.

30.    This answering defendant admits the allegations contained in Paragraph 30 of Plaintiffs' Second Amended Complaint.

31.    This answering defendant admits the allegations contained in Paragraph 31 of Plaintiffs' Second Amended Complaint.

32.    This answering defendant denies the allegations contained in Paragraph 32 of Plaintiffs' Complaint.

## V.    RELIEF

This answering defendant denies all allegations of liability in this matter and therefore denies that Plaintiffs are entitled to any recovery from this answering defendant. This answering defendant further denies the existence, nature and extent of Plaintiffs' claimed injuries and damages.

To the extent any allegation has not been admitted, or a lack of information claimed, it is denied.

///

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - page 7

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# JURY DEMAND

In accordance with Fed. R. Civ. P. 38 and pursuant to the Seventh Amendment, this answering defendant hereby demands this matter appear before a jury.

# AFFIRMATIVE DEFENSES

Pursuant to the requirements of FRCP 12, without the benefit of having conducted any formal discovery in this case, by way of affirmative defenses, and without admitting any allegations previously denied, Defendant asserts the following:

1.      Contributory negligence/comparative fault on the part of Dean Funabiki.

2.      Plaintiffs have failed to state a claim upon which relief can be granted.

3.      Based upon belief, and subject to discovery, Plaintiffs' damages may be the fault of others.

4.      To the extent Plaintiffs allege liability against any Whitman County deputy sheriffs/corrections officers (i.e., the John Doe defendants), those individuals at all times acted in good faith and thus are entitled to qualified immunity.

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - page 8

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

5.      This answering defendant reserves the right to supplement, strike or amend the foregoing list of affirmative defenses in keeping with the course of discovery.

### DEFENDANT'S PRAYER FOR RELIEF

WHEREFORE, having fully answered Plaintiffs' Second Amended Complaint, this answering defendant requests that Judgment be entered against Plaintiffs as follows:

1.      Judgment dismissing Plaintiffs' Complaint with prejudice;

2.      Reasonable attorney fees and costs; and

3.      For such other relief as the Court deems equitable.

DATED this 17th day of May, 2021.

EVANS, CRAVEN & LACKIE, P.S.


By:    _____*s/ Michael E. McFarland, Jr.*_____
       MICHAEL E. McFARLAND, JR., #23000
       Attorneys for Defendant Whitman County

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - page 9

1

2

## CERTIFICATE OF SERVICE

3

I hereby certify that on May 17, 2021 I electronically filed the foregoing

4

with the Clerk of the Court using the CM/ECF System which will send

5

notification of such filing to the following:

6

Jay Krulewitch

7

Jeffry K. Finer

8

Email:        jay@krulewitchlaw.com

Email:        jfiner@KSBlit.legal

9

10

11

   s/    Michael E. McFarland, Jr.

12

MICHAEL E. McFARLAND, #23000

Attorney for Defendant

13

Evans, Craven & Lackie, P.S.

14

818 W. Riverside Ave., Suite 250

Spokane, Washington  99201

15

(509) 455-5200

16

(509) 455-3632 Facsimile

17

MMcFarland@ecl-law.com

18

19

20

21

22

23

24

25

26

27

28

29

30

DEFENDANT'S ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT - page 10

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632