AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2024

SEAN F. McAVOY, CLERK

THE ESTATE OF DEAN FUNABIKI, by and through its personal representative, RUTH FUNABIKI; RUTH FUNABIKI; ABBY FUNABIKI; and EMILY FUNABIKI,

*Plaintiffs*

v.

COUNTY OF WHITMAN; BRETT MYERS; SCOTTY ANDERSON; BRETT KELLER; and MORGAN SCHARFF,

*Defendants*

Civil Action No. 2:21-CV-00089-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment, ECF No. 73, is GRANTED in part and DENIED in part as set forth in the Court's order at ECF No. 149.
Judgment is entered in favor of Defendants Scharff, Keller, Anderson, Myers, and Whitman County on all of Plaintiffs' Section 1983 claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge MARY K. DIMKE on Defendants' Motion for Summary Judgment.

Date: 10/7/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz