HONORABLE MARY K. DIMKE

CARL P. WARRING, WSBA #27164
RACHEL K. STANLEY, WSBA #58280
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF DEAN FUNABIKI, by and through personal representative, RUTH FUNABIKI, ABBY FUNABIKI, and EMILY FUNABIKI,<br><br>               Plaintiffs,<br><br>vs.<br><br>WHITMAN COUNTY,<br><br>               Defendant. | Cause No. 2:21-cv-00089-MKD<br><br>**JOINT STATUS REPORT** |

The Parties, by and through their counsel of record, provide the following Joint Status Report to the Court:

The Parties have executed a Settlement Agreement and Release. The settlement has been funded, the funds have been received by Plaintiff's counsel, and the Plaintiff is waiting for funds to clear before signing a stipulation and order of dismissal. The Parties anticipate providing the Court with a stipulation and order of dismissal within the next 21 days.

///

JOINT STATUS REPORT - page 1



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

DATED this 10th day of February, 2025.

        EVANS, CRAVEN & LACKIE, P.S.

        By:    *s/ Carl Warring*
              CARL P. WARRING, WSBA #27164
              RACHEL K. STANLEY, WSBA #58280
              Attorneys for Defendants

JAY H. KRULEWITCH, ATTORNEY AT LAW

        By:    *s/ Jay H. Krulewitch*
              JAY H. KRULEWITCH, WSBA #17612
              Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th of February, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Jay Krulewitch
Jeffry K. Finer
Email:      jay@krulewitchlaw.com
Email:      jeffry@finerwinn.com

    s/    *Carl P. Warring*
CARL P. WARRING, WSBA #27164
RACHEL K. STANLEY, WSBA #58280
Attorneys for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington 99201
(509) 455-5200
(509) 455-3632 Facsimile
CWarring@ecl-law.com
RStanley@ecl-law.com

JOINT STATUS REPORT - page 3



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632