HONORABLE MARY K. DIMKE

CARL P. WARRING, #27164
RACHEL K. STANLEY, #58280
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF DEAN FUNABIKI, by and through personal representative, RUTH FUNABIKI, ABBY FUNABIKI, and EMILY FUNABIKI,<br><br>Plaintiffs,<br><br>vs.<br><br>WHITMAN COUNTY,<br><br>Defendant. | Cause No. 2:21-cv-00089-MKD<br><br>STIPULATED DISMISSAL WITH PREJUDICE |

Pursuant to FRCP 41(a)(1)(A)(ii), the parties to this lawsuit stipulate that all of Plaintiff's claims may be dismissed with prejudice and without any award of fees or costs to either party.

EVANS, CRAVEN & LACKIE, P.S.

*s/ Carl P. Warring*
CARL P. WARRING, WSBA #27164
RACHEL K. STANLEY, WSBA #58280
Attorneys for Defendants

STIPULATED DISMISSAL WITH PREJUDICE - page 1

1   JAY H. KRULEWITCH, ATTORNEY AT LAW
2
3
    *s/ Jay H. Krulewitch*
4   JAY H. KRULEWITCH, WSBA #17612
5   Attorney for Plaintiffs
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

STIPULATED DISMISSAL WITH PREJUDICE - page 2



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on February 20th, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Jay Krulewitch
    Jeffry K. Finer
    Email:    jay@krulewitchlaw.com
    Email:    jeffry@finerwinn.com

      s/ *Carl P. Warring*
    CARL P. WARRING, WSBA #27164
    RACHEL K. STANLEY, WSBA #58280
    Attorneys for Defendants
    Evans, Craven & Lackie, P.S.
    818 W. Riverside Ave., Suite 250
    Spokane, Washington 99201
    (509) 455-5200
    (509) 455-3632 Facsimile
    CWarring@ecl-law.com
    RStanley@ecl-law.com