FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 20, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF DEAN FUNABIKI, by and through personal representative, RUTH FUNABIKI, ABBY FUNABIKI, and EMILY FUNABIKI,<br><br>Plaintiffs,<br><br>v.<br><br>WHITMAN COUNTY,<br><br>Defendant. | No. 2:21-CV-00089-MKD<br><br>ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>**ECF No. 183** |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 183. The parties stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The

ORDER - 1

stipulation is signed by all parties who have appeared and have not already been dismissed from the case.[1]

Accordingly, **IT IS ORDERED:**

1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 183**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3. All pending motions, if any, are **DENIED as moot**.

4. All pending dates and deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE** the file.

DATED February 20, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

---

[1] The only remaining Defendant in this case is Whitman County. The stipulation has been signed by counsel for this Defendant.

ORDER - 2